**ALCON LABORATORIES, INC.,**
Plaintiff/Counterclaim
Defendant–Appellee,

and

**Surgin Surgical Instrumentation, Inc.**
**(also known as Surgin,. Inc.), Coun-**
**terclaim Defendant–Appellee,**

v.

**ALLEGIANCE HEALTHCARE**
**CORPORATION,**
Defendant/Counterclaimant–Appellant

No. 01–1418.

United States Court of Appeals,
Federal Circuit.

Feb. 13, 2002.

Before CLEVENGER, SCHALL, and
GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.